IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 31 2020
JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Hajgato Bence
_____, Plaintiff

v.

United States Air Force Academy
_____,

USAFA Security Forces Squardon
_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

**COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Hajgato Bence, Hungary 1087 Budapest, 08 Distrcit
--------------------------------------------------
(Name and complete mailing address)

Szazados street 51-65, D/D Building. +36303282963, benhajgato@gmail.com
------------------------------------------------------------------------
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  United States Air Force Academy, Co, USA
-------------------------------------------------------
(Name and complete mailing address)
Air Force Academy, Co, United States.
--------------------------------------
(Telephone number and e-mail address if known)

Defendant 2:  USAFA Security Forces Squardon (Please add address)
-----------------------------------------------------------------
(Name and complete mailing address)
(779) 333-2000/2009
--------------------
(Telephone number and e-mail address if known)

Defendant 3:  SHAWN W. CAMPELL [ADRESS]
---------------------------------------
(Name and complete mailing address)
[if available please add]
--------------------------
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✔] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Constitution of United States of America, 4th Amendment, 5th Amendment, 6th Amendment, 8th Amendment.

[✔] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Hungary.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of Colorado (name of state or foreign nation).

Defendant 1 has its principal place of business in Colorado (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Misuse of Office, Violation of Constitutional Rights.

Supporting facts:

## PRELIMINARY STATEMENT

1. This is a civil rights action in which plaintiff seeks relief for the violation of his rights secured by 42 USC §1983, §1988, the Fourth and Fourteenth Amendments to the United States Constitution.

2. The claims arise from a January 19, 2019 incident in which Officers of the US Air Force Academy, acting under color of state law, intentionally and willfully subjected plaintiff to, inter alia, false arrest and false imprisonment.

3. Plaintiff seeks monetary damages (special, compensatory, and punitive) against defendants, as well as an award of costs and attorneys' fees, and such other and further relief as the Court deems just and proper.

## JURISDICTION

4. This action is brought pursuant to :2'8 USC §1331, 42 USC §1983, and the Fourth and Fourteenth Amendments to the United States Constitution

5. The amount in controversy exceeds $75,000 excluding interest and costs.

## VENUE

6. Venue is laid within the United States District Court for Colorado in that Defendant is is located within, and substantial part of the events giving rise to the claim occurred within the boundaries of the Colorado.

## PARTIES

7. Plaintiff is a legal resident of the United States and at all times here relevant resided in Colorado

8. US Air Force Academy is Government Agency organized under the laws of the State of Colorado. At all times relevant hereto, Defendant, acting through the US Air Force Academy was responsible for the policy, practice, supervision, implementation, and conduct of all matters and was responsible for the appointment, training, supervision, discipline and retention and conduct of all US Air Force Academy personnel. In addition, at all times here relevant, Defendant was responsible for enforcing the rules of the Academy, and for ensuring that the Academy personnel obey the laws of the United States and the State of Colorado.

9. Officer Shawn W. Campell was, at all times here relevant, USAF Commander and as such was acting in the capacity of an agent, servant and employee of the US Airforce Academy. On information and belief, at all times relevant hereto, Officer Campell was plaintiffs "arresting officer" Defendant Campell is sued in his individual capacity.

10. At all times here mentioned defendants were acting under color of state law, to wit, under color of the statutes, ordinances, regulations, policies, customs and usages of the US Air force Academy.

## FACTUAL ALLEGATIONS

11. On 19 January 2019, Plaintiff was waiting in the waiting area of the US Air force Academy, where he was detained and interrogated unlawfully. Later, he was charged with the crime that the Plaintiff fraudulently gained the access of US Air force Academy. Plaintiff was barred from the Academy for 4 years without any legal justification.

12. Later the charges were dropped by the US Air Force Academy and the Plaintiff. However, due to unreasonable seizure, Plaintiff had to quit his job, University juts to defend himself against the baseless prosecution. Moreover, Plaintiff was under sever surveillance by the US Air force which in itself constitutes breach of privacy under the Constitution of US.

## DAMAGES

13. As a direct and proximate result of the acts of defendants, plaintiff suffered the following injuries and damages:

a. Violation of his rights pursuant to the Fourth and Fourteenth Amendments to the United States Constitution to be free from an unreasonable search and seizure of their person;

b. Violation of his right to Due Process of Law under the Fourteenth Amendments to the United States Constitution;

c. Violation of their Colorado State Constitutional rights under Article 1, Section 12 to be free from an unreasonable search and seizure;

d. Violation of their Colorado State Constitutional rights under Article 1, Section 6 to due process;

e. Physical pain and suffering;

f. Emotional trauma and suffering, including fear, embarrassment, humiliation, emotional distress, frustration, extreme inconvenience, anxiety;

g. Loss of liberty.

## FIRST CAUSE OF ACTION

## (42 USC § 1983)

14. The preceding paragraphs are here incorporated by reference.

15. Defendants have deprived plaintiff of his civil, constitutional and statutory rights under color of law and have conspired to deprive his of such rights and are liable to plaintiff under 42 USC § 1983.

16. Defendants' conduct deprived plaintiffs of their right to be free of unreasonable searches and seizures, pursuant to the Fourth and Fourteenth Amendments to the United States Constitution. Defendants' conduct also deprived plaintiffs of his right to due process of law, pursuant to the Fourteenth Amendment of the United States Constitution.

17. Defelldants falsely arrested plaintiff and failed to intervene in each other's obviously illegal actions.

18. Plaintiff has been damaged as a result of defendants' wrongful acts.

## SECOND CAUSE OF ACTION

## SUPERVISORY LIABILITY)

19. The above paragraphs are here incorporated by reference.

20. The US Air force Academy is liable for the damages suffered by plaintiff as a result of the conduct of their employees, agents, and servants, in that, after learning of their employees' violation of plaintiff's constitutional rights, they failed to remedy the wrong; they have created a policy or custom under which unconstitutional practices occurred and allowed such policies or customs to continue, and they have been grossly negligent in managing

subordinates who caused the unlawful condition or event. The Academy has been alerted to the regular use of excessive force and false arrests by its officers, but has nevertheless exhibited deliberate indifference to such excessive force and false arrests; that deliberate indifference caused the violation of plaintiffs' constitutional rights in this case.

21. Plaintiffs have been damaged as a result of the deliberate indifference of the Academy to the constitutional rights of the Academy's inhabitants.

22. The Academy is liable for the damages suffered by plaintiffs as a result of the conduct of their employees, agents, and servants, in that, after learning of their employees' violation of plaintiffs' constitutional rights, they failed to remedy the wrong; they have created a policy or custom under which unconstitutional practices occurred and allowed such policies or customs to continue, and they have been grossly negligent in managing subordinates who caused the unlawful condition or event. The Academy has been alerted to the regular use of excessive force and false arrests by its police officers, but has nevertheless exhibited deliberate indifference to such excessive force and false arrests; that deliberate indifference caused the violation of plaintiffs' constitutional rights in this case.

## THIRD CAUSE OF ACTION
## (CONSTITUTIONAL TORT)

23. The above paragraphs are here incorporated by reference.

24. Defendants, acting under color of law, violated plaintiff's rights pursuant to §§ 5, 6 and 12 of the Colorado State Constitution.

25. A damages remedy here is necessary to effectuate the purposes of §§ 5, 6 and 12 of the Colorado State Constitution, and appropriate to ensure full realization of plaintiff's rights under those sections.

## **FOURTH CAUSE OF ACTION**

## **(RESPONDEAT SUPERIOR)**

26. The above paragraphs are here incorporated by reference.

27. Defendants' intentional tortious acts were undertaken within the scope of their employment by defendant US Air force Academy and in furtherance of the defendant US Air force's interest.

28. As a result of defendants' tortious conduct in the course of their employment and in furtherance of the business of defendant US Airforce Academy, Plaintiff was damaged.

**WHEREFORE,** plaintiffs demand judgment against the defendants, jointly and severally, as follows:

1. In favor of plaintiffs in an amount to be determined by a jury for each of plaintiff's causes of action;

2. Awarding plaintiffs punitive damages in an amount to be determined by a jury;

3. Awarding plaintiffs reasonable attorneys' fees, costs and disbursements of this action; and

4. Granting such other and further relief as this Court deems just and proper.

**CLAIM TWO:** _____

    **Supporting facts:**

## JURY DEMAND

Plaintiffs demand a trial by jury.

**Date:**

Case 1:20-cv-00887-GPG   Document 1   Filed 03/31/20   USDC Colorado   Page 13 of 14

### E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

### F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

2020.03.13
_____
(Date)

(Revised December 2017)

6

A FELADÓ NEVE ÉS CÍME:
HAJGATÓ BENCE, MAGYARORSZÁG, 1087 BUDAPEST SZÁZADOS ÚT, 51-65,
D ÉPÜLET D LÉPCSŐ HÁZ.
HU



A CÍMZETT NEVE ÉS CÍME:
UNITED STATES OF AMERICA
US DISTRICT COURT
DISTRICT OF COLORADO
901 19TH STREET, RM A 105
DENVER, CO 80294

USA



